UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
SHELBY DIVISION

IN RE:  Case No:  08-40321
MICHAEL THOMAS BOBENCHIK
JACQUELINE CARMEN BOBENCHIK
SSN#: XXX-XX-9268
SSN#: XXX-XX-6100

## **NOTICE TO DEBTORS**

We have added the post petition tax claim listed below.

This claim has been included in your plan without increasing your plan payment.  No modification is required to include this claim.

| Trustee Claim # | Clerk Claim # | Payee | Creditor Type Description | Account Number | Asserted Claim Amt |
|---|---|---|---|---|---|
| 37 | 12 | **CLEVELAND COUNTY TAX COLLECTOR** | P-Priority | 6469 | **$143.58** |

Very truly yours,

Steven G. Tate
Chapter 13 Trustee

--------------------------------------------------------------------------------
CERTIFICATE OF SERVICE

The parties whose names and addresses are listed below were served by United States first class mail, postage prepaid on 1/18/2012.

K. Stevenson
Office of the Chapter 13 Trustee

MICHAEL THOMAS BOBENCHIK, JACQUELINE CARMEN BOBENCHIK, 111 MARGARET LITTLE DRIVE, KINGS MOUNTAIN, NC 28086